**Order entered July 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00258-CV

### SHIELDS LIMITED PARTNERSHIP, Appellant

### V.

### BOO NATHANIEL BRADBERRY AND 40/40 ENTERPRISES, Appellees

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-14-00541-E**

## ORDER

Appellant's motion for extension of time to file motion for rehearing is **GRANTED**, and

the time for appellant to file its motion for rehearing is **EXTENDED** to July 30, 2015.


/s/      LANA MYERS
         JUSTICE